**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Yorby Rodriguez Reyes**
Petitioner

V.

**Antone Moniz et al**
Respondents

CIVIL ACTION

NO 1:26-cv-13550-FDS

## ORDER OF DISMISSAL

Saylor, D. J.

In accordance with the Court's Electronic Order dated October 28, 2026, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

October 28, 2026
Date

/s/ Caetlin McManus
Deputy Clerk